quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7504**

WRITER'S INTERNET ADDRESS
**johnsullivan@quinnemanuel.com**

August 26, 2014

<u>VIA ECF</u>

Hon. P. Kevin Castel
U.S. District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Residential Funding Co. v. GreenPoint Mortg. Funding, Inc.*, No. 14-cv-5452

Dear Judge Castel:

      We represent Plaintiff Residential Funding Company in the above-listed matter.  Enclosed please find a courtesy copy of Judge Martin Glenn's recent decision denying abstention and remand in the similar action *Residential Funding Co. v. UBS Real Estate Securities, Inc.*, 14-ap-1926 (Bankr. S.D.N.Y. Aug. 25, 2014), Dkt. No. 41.

Respectfully,

*/s/ John Sullivan*

John Sullivan

cc:  Counsel of record (via ECF)

Encl.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS